

# NUMBER 13-11-00132-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE ESTATE OF BILLY JOE WILLIAMSON, AN INCAPACITATED PERSON

### On appeal from the County Court at Law No. 2 of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

On June 9, 2011, appellant Cassandra Walker filed an unopposed motion to dismiss without prejudice her interlocutory appeal filed in trial court cause number 2011-CGC-2-B, styled *In the Matter of the Estate of Billy Joe Williamson, an Incapacitated Person*. In her motion, Walker states that she "does not wish to pursue an interlocutory appeal at this time" and that the Notice of Appeal she filed in the trial court was merely intended to "give Notice of her Intent to file a [petition for writ of] Mandamus."

This Court, having examined and fully considered Walker's motion, is of the opinion that the motion should be granted. Accordingly, Walker's motion is GRANTED and this appeal is hereby DISMISSED WITHOUT PREJUDICE. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

Delivered and filed the
23rd day of June, 2011.